IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| LYNNETTE JACKSON,<br><br>      Plaintiff,<br><br>      v.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, *et al.*,<br><br>      Defendants. | Civil Action No. RDB-21-00426 |

**MOTION TO STRIKE DEFENDANTS' UNTIMELY**
**CROSS-MOTION FOR RECONSIDERATION**

Plaintiff Lynnette Jackson, by undersigned counsel, hereby moves to strike Defendants' Cross-motion for Reconsideration (ECF No. 46)[1] as untimely and in support states as follows:

1. On April 20, 2022, this Court denied Defendants' motion for summary judgment as to Ms. Jackson's retaliation claims (Counts I and III). ECF No. 41.

2. Pursuant to Local Rule 105.10, except as otherwise provided by rules not applicable here, "[a]ny motion seeking to reconsider any order issued by the Court shall be filed with the Clerk not later than fourteen (14) days after the entry of the order."

3. On May 18, 2022, 28 days after the entry of the Court's order denying Defendants' motion for summary judgment on Counts I and III, Defendants filed a "Cross-Motion for Reconsideration" asking the Court to reconsider its order of April 20 and to grant Defendants' Motion for Summary Judgment as to Count III. ECF No. 46.

---

[1] Defendants filed the same pleading twice, as ECF Nos. 45 and 46, with the first filing entered on the docket as a Response to Plaintiff's Motion for Reconsideration and the second as a Cross-Motion for Reconsideration. To the extent that both of those filings include Defendants' Cross-Motion for Reconsideration, this filing should be considered as a motion to strike them both.

4. Because Defendants' Cross-Motion for Reconsideration was filed 14 days beyond the deadline set by Local Rule 105.10, it should be stricken promptly.

5. Plaintiffs request that this motion to strike be granted either immediately or after Defendants are given no more than three days to respond, so Plaintiffs are not put to the unnecessary work of responding to Defendants' untimely motion for reconsideration.

Dated: May 23, 2022

Respectfully submitted,

_____
Anisha S. Queen (Bar No. 20766)
Andrew D. Freeman (Bar No. 03867)
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, MD 21202
Tel: (410) 962-1030
Fax: (410) 385-0869
aqueen@browngold.com
adf@browngold.com

*Counsel for Plaintiff Lynnette Jackson*